E-FILED
Wednesday, 02 November, 2011 04:27:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07-30057 |
| | ) | |
| DAMIEN COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection.  <u>See</u> d/e 20.  For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 20) is GRANTED.  An Amended Judgment will be entered with a sentence of 99 months' imprisonment on both Counts 1 and 2, concurrently.  The Motion For Retroactive Application of Sentencing Guidelines filed August 5, 2011 (d/e 19) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: November 2, 2011

FOR THE COURT:

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE